UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> ISHTIAQ ALI SAAEM, </br></br> Defendant | Criminal No. </br> Violations: </br></br> Count One: Obstruction of Justice </br> (18 U.S.C. § 1512(c)(2)) |

INFORMATION

At all times relevant to this Information:

General Allegations

1. In 2015 and 2016, Defendant ISHTIAQ ALI SAAEM ("SAAEM") resided in Massachusetts, where he worked as the director of advanced research at a biotechnology firm.

2. SAEEM held a Ph.D. in biomedical engineering.

3. Ricin was a poison that could be extracted from the seeds (beans) of the castor oil plant, an annual plant in Massachusetts (*i.e.*, one that does not survive winter).

4. Convallatoxin was a poison that could be extracted from the lily of the valley, a perennial garden plant commonly found in New England.

5. On or about June 20, 2015, SAAEM visited a website selling lily of the valley extract.

6. On or about June 24, 2015, SAAEM ordered 6 lily of the valley plants online.

7. On or about June 24, 2015, SAAEM paid $321 online to order 100 packets of castor beans, each containing 8 seeds.

8. On or about July 2, 2015, in his office at the Company, SAAEM falsely told law enforcement agents that he purchased castor beans for planting at his apartment for decoration and that he had accidentally purchased one hundred packets of castor beans instead of one.

9. After he spoke to the law enforcement agents, SAAEM searched the internet for tasteless poisons and rat poison and visited a webpage about poison in apple seeds. SAAEM also visited webpages containing articles entitled, "What is the most lethal poison?" and "The five deadly poisons that can be cooked up in a kitchen" and searched the internet for information on poison derived from tomatoes.

### Obstruction of Justice

10. On or about July 29, 2019, SAAEM spoke with law enforcement agents in Pennsylvania about his July 2015 purchase of castor beans. SAEEM falsely said that he only intended to purchase one package of castor beans and he purchased them because he liked the color of the castor oil plant's leaves.

11. On or about August 22, 2019, a law enforcement agent contacted SAAEM about a subpoena to appear before a federal grand jury in Boston.

12. On or about January 31, 2020, in Boston, SAEEM and his attorney met with law enforcement personnel. During the meeting, SAEEM falsely stated that he only intended to purchase castor beans to plant for decorative purposes and for no other reason. In fact, SAEEM intentionally purchased castor beans which he sought to use to extract ricin.

COUNT ONE
Obstruction of Justice
(18 U.S.C. § 1512(c)(2))

The U.S. Attorney charges:

13. The U.S. Attorney re-alleges and incorporates by reference paragraphs 1 through 13 of this Information.

14. On about January 31, 2020, in Boston, in the District of Massachusetts, the defendant,

ISHTIAQ ALI SAAEM

did corruptly attempt to obstruct, influence, and impede an official proceeding, that is, a federal grand jury investigation, by falsely telling law enforcement personnel that he bought castor oil beans for decorative purposes, when in fact he intended to extract ricin.

All in violation of Title 18, United States Code, Section 1512(c)(2).

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By:   /s/Kriss Basil
Kriss Basil
Assistant United States Attorney