Mrs Tazin Samina
Nesma Village, Al Quds Street,

Al Jawharah Al Khobar‹ 34434

Saudi Arabia

Email Address: tkshaukat@yahoo.ca

| **Exhibit B-1** |
| --- |

Your **Honorable Judge:**

I am Ms Tazin Samina a US citizen and resident of Massachusetts, USA currently living in the Eastern Province in the Kingdom of Saudi Arabia (KSA). I know Dr Ali Saeem since his birth as my brother for 37 years. My brother is a diligent person with his focus in gathering knowledge with curious and imaginative mind. He is very insightful in applying his knowledge and skills to serve humanity. He is socially intelligent and eloquent in dealing with colleagues, friends and relatives.

I am Dr Ali's second sister and approximately 10 years older than he is. I used to take care of him since I was 10/11 years old. I found my brother to be very passionate about science and he used to read many science fictions from his early childhood. In his childhood, I remember, he used to tear down the garden plants and flowers to see the inside for experiencing different designs of floral patterns, smells and artistic shapes. I also realize that my brother is enthusiastic about learning new things and his curious mind leads him to seek knowledge about the world that he sees around him.

My brother was very fond of US TV/Cartoon series like MacGyver, Six Million Dollar Man, Bionic Woman, The A Team, Knight Rider, Captain Planet, Thunder Cats etc. He used to be motivated from these TV/Cartoon shows and used to perform experiments learned from these shows. He used to build different things from his old toys and stuffs at home. In fact because of His inclination towards the US based TV shows, I moved him from British secondary school to American secondary school known as ISD.

Dr Ali also helped me to take very important decisions in my life in 2001 to 2003, when I was very much emotionally broke down. He gave me suggestions at that time that helped me to get emotional strength and allowed me to back on my feet.

I sincerely thank judge for taking time to read my letter and learn more about Dr Ali's positive character traits. I am available to confirm the facts in this letter by phone (+966-53-083-6130) or email.

Yours Sincerely

*Tazin Samina*

Mrs. Tazin Samina

| **Exhibit B-2** | Dec 22nd 2021 |

Your Honor:

I have known Mr Saaem since 1991 when we both attended the same school in Dhaka, Bangladesh starting from the 1st Grade. We become close friends during our time together in elementary and middle school and I have kept in touch with Mr Saeem through most of the past 30 years.  We came to the USA for college at around the same time in 2001 with Mr Saaem attending Stevens Institute in New Jersey and myself attending Stanford University in California. We remained in close contact during our undergraduate college years as well as after our graduation in 2005 when Mr Saaem went to pursue his PhD at Duke University in North Carolina and I went to work for Google, Inc in California. After working at Google for several years, I returned to Bangladesh in 2008 to join my family business. Subsequently, I returned to the USA for a couple of years to pursue my MBA at Harvard University between 2012 and 2014, during which time I had the opportunity to meet with Mr Saaem occasionally as he was also working nearby in Cambridge.

Through my interactions with Mr Saeem, I have had the opportunity to experience firsthand his intellectual curiosity and generosity towards others. When we were twelve years old, Mr Saaem and I were immersed in the world of computer games. However, Mr Saaem prodded me to go one step further by convincing our parents to enroll us in a high-school  level Computer Science program at an institution outside school. The average age of students in the class was around 5 years older than us. Mr Saaem's intellectual curiosity also drove both of us to break the mold of what was expected as a final project at the institution by developing video games. Mr Saaem's propensity to help others also impacted me personally when I was getting married in Bangladesh in early 2009. During that time Mr Saaem was in the midst of his PhD at Duke but came back to Bangladesh during his winter vacation to help with the proceedings. From logistics to late-night planning, Mr Saaem was there whenever my family and I needed help to make the wedding events go smoothly.

I wanted to conclude by thanking you for taking the time to read my letter and learn more about Mr. Saaem's positive character. I am available to confirm the facts in this letter by phone or email.

Regards,

Asif Zahir
Deputy Managing Director, Ananta Group
House # 20/1, Road # 56, Gulshan 2
Dhaka 1212, Bangladesh
+(880)1714162102 azahir@gmail.com

Jeremy N. Nirmal
245 12th St, Unit A
Wheeling, IL 60090 201-675-
2329
jeremynirmal@gmail.com

<div style="border:1px solid;">**Exhibit B-3**</div>

Your Honor:

 My Name is Jeremy and I work as a Project Manager in the pharmaceutical industry. I completed my BE in Mechanical Engineer and MS in Project Management at Stevens Institute of Technology in Hoboken, NJ. Mr. Ali Saaem is a close friend of mine who I got to know during my college days at Stevens. We first met during on campus cultural events when I started attending Stevens back in 2004. Since then our friendship has grown in spite of Mr. Saaem moving to North
Carolina for his PhD and later to Boston. I've had the chance to visit him while he was doing his PhD at Duke University and later on made a couple of weekend trips to visit him and his wife in Boston before I moved out of New Jersey in 2017. One of more fun experiences I had was attending Mr. Ali Saaem's wedding in Dhaka, Bangladesh back in 2011.

 Through the years I've always known Ali to be intelligent, energetic, and reliable. Back in 2009 when I graduated from Stevens, Ali was busy with school and I didn't expect him to show up since I knew how challenging his workload was. But he had promised to make it to my graduation and sure enough, he drove all night to make it in time. While I was accepting my diploma, he made sure to cheer me on with a blowhorn in the crowd! When I attended his wedding, Ali made sure that during the 2 weeks I was in Dhaka, every need of mine was taken care of and ensured I felt like family throughout all of the events. More recently since I moved to Illinois, Ali has made it a point to meet with me when he was in town for his MBA classes even if it was just for an hour or 2. Any opportunity he has to help me meet new people, he doesn't shy away from it. He has also always encouraged me to reach for the stars academically and professionally. In general, he has always helped me feel more confident about myself.

 Your Honor, I thank you so much for taking the time to read about some of my experiences with Mr. Ali Saaem. If you would like to verify the details of my experiences with Ali or have any other questions I am available by phone or email.

Sincerely,

Jeremy Nirmal

Tom Scaria, M.B.A.
10 Shoshone Path, Oakland, NJ 07436
2016943319 tscaria@hotmail.com

**Exhibit B-4**

Your Honor:

My name is Tom Scaria and I met Ishtiaq (Ali) Saaem during my freshman year of undergrad at Stevens Institute of Technology in 2001. I have known him for about 20 years and can say he is one of my best friends. We met through friends in an ethnic organization on campus during dance practice of all things. We became very good friends from the start. He became the person that I would always turn to whenever I had a life obstacle or needed a sounding board. He was always available even though at times I was not. No matter where he lived, studied, worked, he was my most dependable and reliable friend who would drop everything at a moment's notice to meet or speak.

Last year (2020) was particularly a hard year for all of us due to COVID. However, I was having some frustrations with work and an opportunity to run my own business appeared. I always prefer the safe route with everything but there was an appeal to running my own business. I decided to explain the situation to Ali, who listened and asked thoughtful questions. Questions that I had not even considered. Ali had no experience in my field, but within a few weeks he read and learned about my industry especially about acquisitions and running a company. He puts everything into learning new things more than me or a regular person would do. He wanted to know the ins and outs of the business to such detail that I was so impressed. Time and time again he has done this for me, my family and our friends. Giving his all into learning things and being able to provide advice or just a different perspective. When he and his wife got pregnant, he was overjoyed to be a father. When his son was born, he dedicated his life towards him and building for his future. He uses his natural curiosity to learn everything.

Thank you Honor for taking time to read my letter and get a small glimpse of Mr. Saaem's character. I am available at any time to answer any questions or confirm anything by phone or email.

Sincerely,

Tom Scaria



# Department of Pathology and Anatomical Sciences

**University of Missouri-Columbia
School of Medicine**

Exhibit B-5

M263 Medical Science Building
One Hospital Drive DC055.07
Columbia, MO 65212 USA

PHONE (573) 882-1201
FAX (573) 884-4612
pathology-anatomy.missouri.edu

Laura Johnson, Ph.D.
Assistant Teaching Professor
Gift of Body Program Director
Secretary, Missouri State Anatomical Board
johnsolaura@umsystem.edu

Your Honor:

I have been a colleague and friend of Mr. Ali Saeem for 14 years. I came to know him in graduate school at Duke University through our involvement on the Graduate and Professional Student Council (GPSC), a student-run organization that performs a number of functions for the graduate student community. This volunteer labor comes at individual sacrifice and is a labor of love for those of us who participate in it, considering the time could be readily spent on other activities much more likely to help employability after graduation (such as through publication). Mr. Saeem's service and dedication to GPSC was affirmed when he was elected Young Trustee of the Duke Board of Trustees.

I first met Mr. Saeem prior to my volunteering for GPSC. I attended an event as a first-year graduate student, and he was there as a more senior student trying to aid new students in their transition. He was welcoming, warm, and caring. He asked questions to inquire about what I might be struggling with and how he and GPSC can help address those issues. Later, when I had the opportunity to represent my department on GPSC, I jumped at the chance, because I knew it would mean I get to work with people like Mr. Saeem more. As my involvement in GPSC grew, so did my interactions with Mr. Saeem. I was mentored by him most closely when we served on the Business and Finance Committee of the Board of Trustees together. This was often a stressful situation for me, as I all of a sudden had a seat at a table with literal billionaires and people who flew to these meetings in private planes. Mr. Saeem encouraged me that I have a perspective none of these other individuals have – as a current student, who has a background in the practicality of the educational and research goals our institution is trying to achieve. He supported me by guiding me through the process of the meetings. I watched as he advocated as he could on behalf of our diverse community. He modeled the behaviors I wanted to have – confidence in my own experience, wisdom when to speak up and when to listen, and respect for others' experiences.

Thank you so much for taking the time to read this letter, I hope it has helped you gain some insight into Mr. Saeem's character. I hope to have shown you that in his professional life, he has taken on selfless work to benefit others. Indeed, he has such a positive work ethic that he inspired me to commit to these forms of service at Duke and subsequent institutions. I am more than happy to make myself available to confirm these facts by phone or email.

Laura Johnson, Ph.D.

| Exhibit B-6 | September 30, 2021 |

To Whom It May Concern:

I have had the honor of knowing Ishtiaq Ali Saaem since our time together at The Graduate School at Duke University.  Ali and I met around December of 2006, when we both moved into the same building of Avalon Apartments in Durham, North Carolina (325 Bridgefield Place). He was my upstairs neighbor for the next five years, and he became one of my best friends in Graduate School and beyond. Ali is one of the most dependable people I know, and that combined with his intense curiosity made him a wonderful researcher. His anchor though through everything is his focus on family, both biological and those made through marriage and friendships.

From the beginning, I knew Ali was someone I could rely on – he always answered my calls, from that first one of "how do you turn on the shower in these apartments" to concerns about relationships, world affairs, and health. Ali would regularly meet up with me in one of our apartments to discuss matters of shared concern – usually about policies for graduate and professional students, our experiences with research, and our efforts to advocate for better experiences for all. We would share a meal or a drink, and we often accompanied one another to celebrations, events, and gatherings. In all of these spaces, Ali garnered attention with his savoir, and he had a range of friends across disciplines, nationalities, and religions. His curiosity meant he was always interested in learning from others, in finding out something new, and keeping open to ideas and ways of being.

While we both went on to pursue our careers across North America, we stayed in touch and Ali kindly hosted me in Boston when I came there for a conference in 2013. He gave up his room for me, after treating me to a wonderful five-star, multi-course dinner, and he made sure I was okay in one of my first adventures into winter that week.

Even as we have been physically distant, we have kept in touch – I remember him making time to talk to me during Ramadan when he was back home with his family in Bangladesh. Always happy to be there for a friend, Ali did not mind at all that it was 3am his time as he and his mother were already up before the sun to eat. We video chatted, and his love for his family glowed through the phone. We are both youngest children, and while I had brothers to look up to, Ali had his sisters, who not only doted on him but also taught him how to respect and learn with women. We have had a wonderful friendship that very much feels like he is another brother to me, and he has listened to me like a sister.

When I became pregnant with my first child, Ali and his wife Nabila were there to support me, answer my questions, and send gifts for the little one.  A couple years later, I again wanted to reach out to Nabila with a question about pregnancy, and that connection was when I found out about their own challenges with Nabila's water breaking very early in her pregnancy with their son. Ali had to call me back later because he was helping her have a shower, but then we caught up and he made sure my questions were answered too. Throughout the weeks until she

gave birth early and then through the many months in hospital for their baby, Ali was there for his wife and child. Being a partner and father has definitely been a fulfilling experience for him, as he is able to be that dependable and curious person with and for them.

From the stance of his character, Ali is quite smart but not always in practical or pragmatic ways – when he just hoped all would work out with Nabila when they lived in separate cities, I convinced him to book inexpensive bus tickets so he could visit as often as possible. During that visit to Boston in 2013 – he left to go see her right at the end too. He he had also just moved to a new place in Boston, and I unpacked so much of his gear in trying to find a towel (he forgot to tell me he had left one hanging for me) and then to be of help and thank him for his hospitality. In doing so, I learned the man would rather buy a new shirt than waste time with laundry, and that he did not own anything more dangerous than curry powder.

I feel quite honored to know Ali, to have grown beside him and shared adventures from climbing the Duke Chapel to representing The Graduate School with him at our Commencement Ceremonies, and now to both raising our families. Through almost two decades now, Ali has time and again shown me how dependable, supportive, and curious he is and he has modeled the importance of family.


Sincerely,

Jessica Dawn Bardill
U.S. Citizen
101-1223 Rue Charlevoix
Montreal, Quebec, Canada
H3K2Z7
438-838-6207
jessi.bardill@gmail.com

**Exhibit B-7**

Christine M. Wachsman
Sr. Director of Market Analytics, CoStar Group
1242 Inspiration Drive
La Jolla, CA 92037 (626)
483-2949
christinemwachsman@gmail.com


Your Honor:

I have known Mr. Ali Saaem since August 2018 and met him during our Executive MBA Program at the Kellogg School of Management.  He has been a close friend, whom I have had many classes with and spent a lot of social time while in smaller group settings.

At the end of class weekends, Mr. Saaem and I would wait along with other students who had later flights to go home.  Our group had lunches together or had a few trips to the beach. During those times, we discussed our personal lives, career aspirations, and topics related to the class weekend.  I told Mr. Saaem about my dream of working for an innovative real estate company that values innovative design and technology.  He was always a good listener, and a few times suggested that I should consider working for an architecture firm.  He would also tell me about new innovations that could advance how structures are built and other interesting technology that interest me.  He never forgot to ask how my husband and son were doing, and I was always pleasantly surprised that he remembered their names given the number of people in our cohort.

I also recall Mr. Saaem sharing with me the topic of his newborn's health problems and progress in the NICU.  Once his baby was out of the hospital, Ali took classes remotely and our class of 63 other students would see his smiling face on video with a baby on his chest.  During COVID, our classmates would have virtual happy hours, and he often had his baby on the video to show everyone his healthy and happy child.

I know Ali as a kind, thoughtful, and courteous friend, as well as a very dedicated father.  Thank you for taking the time to read my letter and to learn more about Mr. Saaem's character. Please don't hesitate to contact me by phone or email if you have any questions.

Sincerely,

Christine M. Wachsman

Exhibit B-8

Brad Hilton

343 San Juan Dr

Ponte Vedra Beach, FL 32082

904-233-7080

Bhilton343@icloud.com

Your Honor,

I'm writing you this letter to share what I know about Ali Saeem. I've known him for about 4 years. We first met at Kellogg while pursuing our MBA. He was in my small study group for about 23 months.

I've always had positive experiences with Ali. As a study group partner, we spent a lot of time working together and collaborating on group projects. He was a good teammate that was always kind, patient and helpful. He never lied, avoided responsibility, or let us down. I got to learn about his upbringing in Bangladesh and his personal journey since arriving in the United States.

Thank you for reading this letter. I'm available if you have any questions or would like more details.

Brad Hilton

Mrs          Taslima
Chowdhury

66 Queen Mary avenue, London, UK , SM4 4JR

+447786244149

taslimaQ7@h0.tmail.com

| Exhibit B-9 |
| --- |

Your Honor:

I am Mr. Ali Saaem's aunt and have known him since the day he was born. I live in the UK but saw him regularly on our regular trips to Bangladesh which have been every couple of years since he was born. My family would stay at his parents house every time we visited Bangladesh so I had a good amount of exposure to him

Saaem has always been an intellectually curious person e.g he always used to try and understand how his toy car moved, he experimented with different ingredients to make creative dishes. He is also a very caring and loving son, when his father was hospitalised in Bangladesh, Saaem flew from the US to spend 34 weeks in Bangladesh by his father's side. He also showed a great deal of love and care when he organised our familys first ever global group zoom call amongst all 12 of his father's brothers and sisters as well as multiple cousins, as a memorial for his father's death. The WhatsApp group created as a result of that call has let us stay much more connected as a global family and I truly thank Saaem for arranging this

Thank you for taking the time to read my letter and learn more about Mr. Saaem's character I am available to confirm the facts in this letter by phone or email.

Taslima Chowdhury

Kazi Shahriyar Huque
27010 SE 13th St
Sammamish WA 98075
425.394.3706
Kazi.huque@icloud.com

| Exhibit B-10 |
| --- |

Your Honor:

I am Kazi Shahriyar Huque, brother-in-law of Mr. Ali Saaem. I have known him since the
beginning of 2004. I am married to his sister Mahenoor Shaukat Huque.
I have learned from his sister that he had a passion for learning about anything
that
interests him. I have witnessed his curiosity for many subjects and the length he goes to
learn
about them. His depth of knowledge enables him to connect with any person regardless
of their

age, culture, ethnicity, religion, and professional background. His enthusiasm to learn about

something new drove him to complete his Ph.D. Besides his passion for learning, he has
been a

loving brother-in-law and regularly stayed in touch with his sister and I .

Thank you for taking the time to read this character letter. I hope this letter helps
you
gather information regarding Mr. Ali Saaem. Please feel free to contact me if you have any

further questions by phone or email.

Kazi Shahriyar Huque

Mahenoor Shaukat Huque
27010 SE 13th St
Sammamish WA 98075
971.344.2706
chayan.huque@icloud.com

Your Honor:

I am Mahenoor Shaukat Huque, sister of Mr. Ali Saaem. I have known him as a caring and loving brother since childhood.

Mr. Saaem has always had a passion for learning about anything that interests him. Since childhood, his curiosity drove him to get into the details of any subject that fascinated him. His love for science has driven him to learn about computers, electronics, and biomedical engineering. We supported and cared for each other during our college years. After finishing my undergraduate degree, I pursued my career and started a family; my brother continued his education and completed his Ph.D. Besides his passion for education, he has always been a loving brother. He visited me regularly and supported me during the birth of my first child. He also made himself available when our father was very sick and went to Bangladesh to take care of him.

Thank you for taking the time to read this character letter. I hope this letter helps you gather information regarding Mr. Ali Saaem. Please feel free to contact me if you have any further questions by phone or email.

Mahenoor Shaukat Huque

Naziba Noor
7 Denny Street, Ajax, L1Z 0S3, Ontario, Canada
+1 (647) 269 6667
naziba.noor@gmail.com

<div style="border:1px solid black; display:inline-block; padding:8px">**Exhibit B-12**</div>

Your Honor:

My name is Naziba Noor and **Ali Saaem** is my brother-in-law, married to my older sister
Nabila Noor. They have been married since 2011, however, I have known Mr. Saaem since 2007
when I visited my sister in Durham, North Carolina for the winter holidays during my university
break in Toronto, Canada. They were both doing their graduate/professional studies in Duke
University at the time. My sister introduced Mr. Saeem to me during that trip as her then
partner and given the tight bond my sister and I share it was very important to her that I have
an amicable relationship with her partner.

Mr. Saeem and I bonded immediately. It was his kind, keen and enthusiastic nature that
allowed us to get to know each other well in a short period of time. He ensured I was taken care
of and had a fun trip, showing me around and introducing me to different cuisines and the
history of the land. I was impressed by the depth of his knowledge, passion and curiosity in any
topic discussed, any historic spot visited, any new food tried. Despite me being a younger
college student, he was always respectful and interested to hear my views on topics we
discussed and did not shy away from acknowledging when he was learning anything new from
me.

Our next notable interactions was during winter of 2010. I had recently graduated and moved
to
Saskatchewan, Canada. It was one of the first holidays in a while when I had the opportunity to
spend it with the whole family. However, due to an oncoming snowstorm, my older sister was
considering cancelling her trip as she was not comfortable driving such a long distance in heavy
snow. We were all distraught as all of us siblings were really looking forward to spending the
time together. Mr. Saaem graciously volunteered to drive my sister all the way from Durham,
NC to Regina, Saskatchewan so my sister could spend the holidays with her family. In the same
trip, he went out of his way to spontaneously plan a ski trip for all of us while we were casually
talking about how we never got to experience winter sports since we moved to Canada.

Our bond continued to develop over the years as he then became my sister's husband. During
the period following their marriage in 2011, I developed a special appreciation for Mr. Saaem as
I witnessed how he encouraged and supported his spouse to pursue her professional and
academic development. Right after the wedding, she started her residency training as an
Obsestrician-Gynaecologist at Mount Sinai Hospital in New York, while Mr. Saeem worked in
Cambridge, MA. He would drive every weekend from Boston to NY to spend time with his wife
as she grappled with her demanding work hours. He would often prepare weekly meals for her
so she could have an uninterrupted schedule and often. Couple years down the line, when they

visited me in Toronto, I introduced Mr. Saaem and my sister to my partner and Mr. Saaem took the time to get to know my partner and extended his kindness to him as well and over the years I was very pleased to witness them be mutually respectful as family and as intellectual compatriots. During my wedding in Bangladesh, despite having commitments on his side of the family, Mr. Saaem managed to balance and ensure he fulfilled all his responsibilities and beyond as a son and brother-in-law, helping us with lending his parents' car and arranging for many other logistical supports.

I witnessed how Mr. Saaem and my sister endured through the difficult period of their son's birth in 2019. My nephew was born at 29 weeks and as a result had to spend 4 months in the NICU. It was trying times for them, seeing their first-born struggle through those days. Mr. Saaem diligently fulfilled his role as a present father, and I have seen my nephew grow up to be very attached to his father and his passionate efforts have been truly inspiring to my husband and as we embark on our journey towards parenthood. Over the years we have not only developed a familial relationship but also one of camaraderie. He has actively played the role of the brother I never had and that of a friend and well wisher always available to lend an ear and support.

Thank you for taking the time to read this letter. I am available at any time to confirm the facts in this letter by phone or email.

Naziba Noor

21 December 2021
Omar Farooq Zaman
7 Denny Street,
Ajax, LIZ OS3
Ontario, Canada +1 (647)
936 6627
ofzaman@gmail.com

<div style="border:1px solid black; display:inline-block; padding:6px;"><b>Exhibit B-13</b></div>

Dear Judge Stearns,

My name is Omar Farooq Zaman, I am Ali Saaem's brother-in-law. The first time I had the pleasure of making his acquaintances was in 2012. Ali and his wife, Dr. Nabila Noor was visiting her sister, Naziba Noor, in Toronto, Canada. It was a short trip, and as a friend of Naziba Noor I joined them on a trip to Niagara Falls and had a great time together.

I took an immediate liking to him the first time we met, but it was a few years later when I started appreciating his existence in my life. I was meeting my now wife, then girlfriend's parents for the first time. I was eager to make a good impression, and naturally I was nervous. Being in the same situation a few years earlier, Ali understood what I was going through. He took me aside and offered me some words of encouragement to put my mind at ease. I do not want to speculate how much impact those words had on how things transpired the next day, but nevertheless I was moved by the kindness he showed towards me that day.

I was always fond of him & his wife and was always glad to have them as family. This made it so much harder to see them go through the great hardship they faced when their son, Ayaaz was born prematurely. Ayaaz was fighting for his life in the hospital. During those trying times, I have seen looks on their faces that I would never wish to see on any other parents. The grit, bravery and mental strength they showed together to sustain through those dark days as they clung on to the slimmest glimmer of hope will always inspire me.

However much time we have got to spend together over the years, he has always shown nothing but enthusiasm, kindness and patience towards me. I was always intrigued by his curiosity. It never ceases to amaze me how focused he gets on learning about something that he takes an interest in. Over the years, we have had opportunities to have some thoughtful conversations, and he always brings great perceptions to the table. He is a disciplined human being with great insights, two qualities often in the right conditions can accomplish great things, and I hope he gets an opportunity to live up to his potential.

I wish him well in whatever the future holds for him. Please allow me to take this opportunity to express my gratitude for taking the time to read this letter and learn more about Ali as a human being. Should it be necessary, I am available to confirm the facts in this letter by phone or email.

Thank you

Mrs Tahsin Raihana Ahmed
30 Worthington Close
CR4 IJQ UK
Tel: 07799813727

| **Exhibit B-14** |
| --- |

Email: tahsinrahmed@gmail.com

Your Honor:
My name is Mrs. Tahsin Raihana Ahmed. I am Mr. Ali Saaem's eldest sister. I have known him since he was born, and we have stayed very close since then. We have a close bond so I can say I know my brother very well.

I have seen my brother growing up to be a kind considerate man with a healthy curious mind. Saaem is a loving son, a compassionate brother. He is always supportive towards our parents and his sisters. Some sixteen years ago, I had been struggling to have a baby until my daughter was born. So, of course I wanted my mother to be present there with me during childbirth but due to some unfortunate problem, she could not be with me. That was when my brother Saeem decided to travel to be with me. Then a 23-year-old young man who was caring enough to be with his sister who needed family's support, he managed to make time from his busy University schedule to be with me. During my long and traumatic labor, my brother was beside me. It was the knowledge that I had a strong support system surrounding me that made me feel loved and much less alone. Not only that, he was a great source of comfort for my elderly in-laws who were at home when I was in hospital with my husband. In 2017, when our father was unwell and was hospitalized my brother took time off from work to look after our father, later I joined him. There I saw how my brother took care of our ailing father like a parent looks after his child. Saaem is a very loving caring uncle to his niece, always available to advise and guide. My brother has a very curious inquisitive mind. I have seen him always investigate the mechanism of his toys, always asking questions and if no one can answer his queries satisfactorily, he will look for the answers on his own.

Thank you, Your Honor for taking the time to read my letter and learn more about my brother. Your Honor I am available to confirm the facts mentioned in this letter by phone or email.

*Tahsin Raihana*

**Tahsin Raihana Ahmed**
R 3 , t1 . ROR)

Dr Syed Ahmed
Nesma Village, **Al** Quds Street,

**Al** Jawharah, Al Khobar 34434

Saudi Arabia

Email Address: Syed.Ahmed@ieee.org

| Exhibit B-15 |
| --- |

Your **Honorable Judge**


I am Dr Syed Ahmed a US citizen and resident of Massachusetts, USA currently living and working in the Eastern Province in the Kingdom of Saudi Arabia (KSA). I know Dr Ali Saaem since his childhood for more than 30 years. His family and my family are friends. Furthermore, he is also my brother in law in relation. According to my knowledge, he is a very well educated, intellectual, well-behaved, loving and caring individual. He has a strong passion for knowledge to serve humanity with love and care.

In several occasions while interacting with me, he portrayed his loving and caring attitude. In 2010 when my wife had a major medical procedure and we did not have any help at home to take care of our two daughters (3 years and 2 years of age), Dr Ali flew all the way from North Carolina to Boston to take care of them while we are away in the hospital. During his stay for few days at that occasion in Boston, he took the similar responsibility as a guardian for caring our daughters with his love and responsibility. With his stays for these few days, we felt quite confident of his ability to deal with difficult circumstances and his ability to make appropriate decisions.

I sincerely thank judge for taking time to read my letter and learn more about Dr Ali's positive character traits. I am available to confirm the facts in this letter by phone (+966-50-358-9851) or email.


Yours Sincerely

*Syed Ahmed*

Dr Syed Ahmed

Mr. Reaz Uddin Ahmed

30 Worthington Close

Mitcham Surrey

 CR4 1 JQ

Tel : +44 7867530850

 Email: reaz0015@gmail.com

Exhibit B-16

Your Honor,

My name is Reaz Uddin Ahmed. I am Mr. Ali Saaem's brother-in-law. I have known him since I got married to his eldest sister Tahsin Raihana Ahmed in 1994. He is much younger than me but he is more like a close friend than a brother-in-law.

Over the years, I have always seen Ali as a very kind-hearted person. I have never seen him hurting anyone by his words and I strongly believe he has or would never be disrespectful to anyone, despite any of his feelings towards them. He loves his family very much and equally, or even more, does his family love him - viewing him as a unifier of our extended family, truly because he wholeheartedly tries to keep in touch with everyone.

My younger brother had a fatal road traffic accident in 2014. Ali supported me in those difficult times with his kind words and always said he would be with me if I needed his help.

I remembered, one day when he was in school he was not happy and said to me he does not like the subject Chemistry, I told him Chemistry was my favorite subject and I could help him. We had a long discussion and he was asking me a lot of questions, I could not satisfy him with all my answers but eventually, he started to like the subject. He always had an inquisitive mind to explore new things.

Ali is a family man, he is blessed with a son who is two and half years old and a beautiful loving wife. I wish him all the happiness in life.

Your Honor, thank you for your time to read my statement and am available to confirm the facts mentioned here by phone or email.

23/11/2021

Reaz Uddin Ahmed

Raghunandan Vikram MD MBA
4802 Spruce Street
Bellaire, Texas 77401
Phone: 2813527895
Email:  *vikram01@gmail.com;*

         *rvikram@mdanderson.org*

| Exhibit B-17 |
|---|

Your honor

I am a physician and serve as a Radiologist at the University of Texas MD Anderson Cancer Center,
Houston , Texas where I have been in employment since June 2006. I am a Professor of Diagnostic
Radiology and also serve as the Director of the body imaging fellowship program in my institution. I met
Mr. Ali Saaem when we both joined the Executive MBA program offered by the Northwestern University Kellogg School of Business in the summer of 2018. Our particular cohort met at the Miami campus, typically over a period of four days (Thursday to Sunday) every month between the summer of 2018 and spring of 2020 after which several of our classes were moved online due to COVID.
Students in Kellogg MBA program typically interact with each other discussing coursework but also spend a good deal of time set aside for social interactions which are organized by the school. Hence many of us engage both in academic talk discussing pertinent topics related to the curriculum but also social chatter on random topics. Much like most others in my class, my interaction with Mr. Saaem has been in both these context. My opinion about Ali Saeem is based on these interactions and from the composite impression gathered from conversations with my fellow classmates.  I was positively impressed by his  professional credentials and achievements particularly as he had successfully surmounted incredible learning challenges as an immigrant whose first language was not English.  I was equally impressed by his polite and professional demeanor in class and found him to be very intelligent, knowledgeable, curious and articulate.
Thank you very much for taking the time to read my letter. I would be glad to furnish any further details if needed and you can contact me through email or phone listed above.

Sincerely,

Raghunandan Vikram MD MBA
12/13/2021

Dear Judge Stearns,

**Exhibit B-18**

My name is Ravi Vemula, and I work as an Information Technology professional. I currently work at Green Dot Corporation as Vice President of Software Engineering. I met Mr. Ali Saaem when we both joined the EMBA program offered by the Northwestern University Kellogg School of Business in the summer of 2018. Our particular cohort met at the Miami campus, typically over a period of four days (Thursday to Sunday) between the summer of 2018 and spring of 2020.

During our EMBA program at Kellogg campus in Miami, FL, we typically interact with each other discussing coursework but also spend a good deal of time set aside for social interactions and getting to know each other. As cohort mates, most of us engage both in academic discussions after classes working on pertinent topics related to the curriculum and social discussions on random topics. Much like most others in my class, my interaction with Mr. Saaem has been in both these contexts.

My opinion about Ali Saeem is based on these interactions in our group setting and from our social conversations after classes.  I was positively impressed by his professional attitude and achievements. On many occasions he demonstrated his engagement in the class room and ability to contribute to class discussions.

During one of our dinner conversations, he shared how he struggled to speak English when he first arrived in USA and how he was able to not only learn the language, but speak masterfully with proper pronunciations. And he spoke fondly of a high school English teacher who helped him with his English lessons.

Thank you very much for taking the time to read my letter. I would be glad to furnish any further details if needed and you can contact me through email or phone listed above.


Best Regards
Ravi Vemula

*Ravi Vemula*

1629, Cherry Lake Way
Lake Mary, FL, 32746
Ph: 954-995-0808
Rvemula314@gmail.com

Daniel Coonan

1925 Zach Scott St.

Austin, Texas 78723 512-699-6636

daniel.coonan@gmail.com

<div style="border:1px solid black">

**Exhibit B-19**

</div>

Your Honor,

I met Ali at my graduate school in the August of 2018. Over the two years in the program, I got to know Ali and found him warm, kind, humorous, and someone who loves his family. Ali had an undoubtedly positive impact on the class.

Further, we played on the graduate school soccer team and attended many classes together. I never or heard Ali speak an unkind word. Ali is self-aware, respectful, attuned to others, and someone of integrity and character.

Sincerely,

Daniel J. Coonan IV

Dejun (DJ) Xuan, MBA, MSc.
Wyzer BioSciences, Inc.
85 Bolton Street
Cambridge, MA 02458
dejun_xuan@yahoo.con
617 733 4412 (cell)

| Exhibit B-20 |
| --- |

Re: Ali Saeem

Your honor:

This is DJ. I am the Chief Operating Officer of Wyzer BioSciences, Inc. As an associate director of Synthetic Biology group at the MIT-Broad Foundry, Ali Saeem recruited me as a technical associate in his group. My employment spanned the period from October, 2017 to July, 2020. Most of the time at the Broad, I directly reported to Ali until June, 2019, when Ali moved to Pennsylvania to be with his family.

Ali managed a research group of six to seven scientists including me. Ali demonstrated excellent leadership catering to individual scientists. Knowing my two decades of research experience and a burning desire to contribute, he just gave me research projects and a general direction, stepped back, and bestowed me freedom to explore and take projects from start to conclusion with little intervention. Another colleague in the group with ample prior experience desired more Ali's guidance, and Ali often made himself available to discuss with the colleague and offered directions and suggestions as much as the colleague needed.

Ali cared about all his direct reports. While all the scientists were decent, we did have conflict. A colleague with a PhD and I without a PhD were working on a project. Both of us reported directly to Ali, while the other colleague led the project. I offered suggestions to the colleague during the course of the project. One day, the colleague decided not to accept my suggestions. Furthermore, he asked me a condescending question "Do you have a PhD?", knowing that I do not. After learned about the episode, Ali said to me "he belittled you. It is unacceptable in my group". He had two meetings with the colleague and me, respectively. In the third meeting mediated by Ali, the colleague apologized to me about his condescension, and I promised to be less pressing and persistent with my view. The colleague and I have since successfully collaborated on many other projects . Another example showcased how caring Ali was. Right after I joined his group, I was unable to get timely support from then lab manager to set up my own lab space. I was reluctant to make waves as a newcomer. Ali immediately emailed the lab manager and the lab space got ready soon after his email.

Ali is a caring, fair, and competent leader in science. I do not have any reason to question his character. I am available to elaborate on my experience with Ali through email at dejun_xuan@yahoo.com and on my cell phone at 617 733 4412.

Respectfully

Dejun (DJ) Xuan