FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

GOVERNMENT EXHIBIT
1
21-cr-10084-RGS

Date of entry 08/23/2019

Ishtiaq Ali Saaem, [redacted] [redacted], was interviewed at his residence. After being advised of the identity of the interviewing Agents and the nature of the interview, SAAEM provided the following information:

***BACKGROUND:***

[redacted]

[redacted]

[redacted]

[redacted].

[redacted]

Investigation on 07/29/2019 at Allentown, Pennsylvania, United States (In Person)

File # [redacted] Date drafted 07/31/2019

by Kaitlyn Cedrone, KEATING ELIZABETH ANNE

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10) Case 1:21-cr-10084-RGS Document 25-1 Filed 03/29/22 Page 2 of 20

Continuation of FD-302 of (U) Ishtiaq Ali Saaem , On 07/29/2019 , Page 2 of 3

***RICIN:***

When SAAEM was asked about purchasing a large amount of Ricinus seeds, he stated that he intended his order quantity to only be one packet, not 100. SAAEM said the situation was rectified when the FBI interviewed him and brought it to his attention. When asked if he noticed the significant price increase from 1 - 100 packets, SAAEM stated he was not paying

attention as he was using his mobile phone application and could not really see the screen. His credit card information was stored and saved so he did not need to input his credit card upon purchase; it was just an automatic payment. The purchase was made from a company called JUNG SEEDS. SAAEM wanted the Ricinus seeds for decorative reasons; he liked the colors of the leaves. The plant died, and he no longer has it.



FD-302 (Rev. 5-8-10)



OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry 04/07/2020

Ishtiaq Saaem was interviewed at the USAO in Boston, Massachusetts.



GOVERNMENT EXHIBIT 2 21-cr-10084-RGS

Investigation on 01/31/2020 at Boston, Massachusetts, United States (In Person)

File # 318A-BS-2592699 Date drafted 01/31/2020

by Kaitlyn Cedrone

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10) Case 1:21-cr-10084-RGS Document 25-1 Filed 03/29/22 Page 5 of 20

318A-BS-2592699

Continuation of FD-302 of (U) Proffer of Ishtiaq Saaem , On 01/31/2020 , Page 2 of 7



FD-302a (Rev. 5-8-10) Case 1:21-cr-10084-RGS Document 25-1 Filed 03/29/22 Page 6 of 20

318A-BS-2592699

Continuation of FD-302 of (U) Proffer of Ishtiaq Saaem , On 01/31/2020 , Page 3 of 7



FD-302a (Rev. 5-8-10) Case 1:21-cr-10084-RGS Document 25-1 Filed 03/29/22 Page 7 of 20

318A-BS-2592699

Continuation of FD-302 of (U) Proffer of Ishtiaq Saaem , On 01/31/2020 , Page 4 of 7

**RICIN:**

SAAEM described a castor bean plant as having decorative leaves that

withstand the cold. The leaves were colorful, such as green and orange. They were oblong in shape, like an oval. SAAEM did not know how big the plant was, but said it was a few feet in height. SAAEM did not know how big the plant was or if it had flowers or not.

[redacted]

SAAEM wanted to plant a patch in the front of his residence. SAAEM was not a gardener, but bought the castor beans to plant them because they look pretty. He wanted plants that survive the fluctuations of the cold in Massachusetts, so he searched online for seeds. When asked why buy the seeds online, SAAEM said that was a great question. It did not cross his mind on why he bought the seeds online. SAAEM tried to buy and plant the castor beans, but they did not grow. When asked why he did not just simply purchase the plant, he stated that he did buy one set of bulbs from a store on Massachusetts Avenue, but they did not take.

SAAEM did not know what the plant was when he ordered the castor beans. He now believes that ricin is a poison made from castor beans. SAAEM said he looked up how to make ricin after the FBI approached him in 2015. SAAEM then said in connection with plant searches he looked up how to make ricin as well before the FBI approached him in 2015.

[redacted]

Subsequently, SAAEM stated he did not remember if he searched online how to make ricin prior to the FBI's approach in 2015. SAAEM did not look in a library either. SAAEM did not buy seeds before or after this instance. He has not bought castor beans since this incident.

SAAEM stated he never actually planted the castor beans after the FBI approached him in 2015. He did not want to do anything because of this.

SAAEM was directed to his statement about how he said the castor bean plant died. [redacted] When asked about his conflicting statement from the writers interview with SAAEM on July 29, 2019, aforementioned, he stated that he forgot that this was the bulbs that

died, not the castor beans. He said he was having a hard time remembering since he was scared and rattled at the time [July 29, 2019].

SAAEM got the castor bean seeds from a company called JUNG SEEDS. He has not purchased them since. He received the packets at his [redacted] [redacted] address in the mail. One packet contained 3-4 seeds, no more no less. When pressed if there were more than that in a packet since the company displays eight seeds to a packet, he recalled only a handful of beans. There could not have been more than 4-8 seeds.

The charge on SAAEM's credit card was $100 at the time. Almost the next day, subsequent to his order, the FBI came. After the FBI approach in 2015, SAAEM changed his order. SAAEM made the purchase using the website. He only wanted one packet; the 100 packets was a mistake. His credit card was already saved on his browser. SAAEM said he called JUNG SEEDS.



15

GOVERNMENT
EXHIBIT
2.1
21-cr-10084-RGS

GOVERNMENT EXHIBIT
3
21-cr-10084-RGS

Google My Activity

A

Searched for lily of the valley buy
• Search
Searched for lily of the valley
Details • Search
Bundle view
Item view
Delete activity by
Other Google activity
Activity controls
Google Account
Help
Send Feedback
Jun 17, 2015
Search
6:00 PM
Searched for lily of the valley buy
Details • Search
Searched for lily of the valley
Details • Search
Jun 14, 2015
Search
6:44 PM
Searched for lily of the valley buy
Privacy • Terms

Lily Of The Valley Herb - Starwest Botanicals

http://www.starwest-botanicals.com/category/lily-of-the-valley-herb/ Go FEB MAR SEP
44 captures 24
13 Oct 2007 - 22 Apr 2020 2014 2015 2016 About this capture

# Lily Of The Valley Herb

Be the first to rate this product

Botanical Name: Convallaria majalis

Common Names: May lily, may bells, convallaria, conval lily

Order now, we'll ship tomorrow

| Product Name | Size | Origin | SKU | Price | Qty |
|---|---|---|---|---|---|
| Lily Of The Valley Herb C/S Wildcrafted | 1 lb | Hungary | 201760-31 | $21.58 | Out of Stock: Notify Me |
| Lily Of The Valley Herb C/S Wildcrafted | 4 oz | Hungary | 201760-34 | $8.00 | 1 |

Buy **5** each and **save 5%**
Buy **25** each and **save 15%**

*Please note: Discounts only apply to 1 lb. sizes

**Description** **Reviews** **Product Q&A;**

## Lily Of The Valley Herb (Convallaria majalis )

**Latin Name:** Convallaria majalis
**Common Names:** Lily Of The Valley Herb

Lily of the Valley, also called Convallaria majalis, is widely known for its great beauty. With large green leaves and small, delicate flowers, these plants are a beauty to behold. However, some believe that the real beauty of the Lily of the Valley may lie in its therapeutic qualities.

Lily of the Valley is a perennial, growing up to 9 inches tall. Its flowers are white and it grows small red berries. Lily of the Valley is originally native to Europe, but now can be found in North America and Asia. Its leaves and flowers are harvested in the spring.

**Warning:** Not for use except under the supervision of an expert qualified in the appropriate use of this substance.

## You May Also Like

Escentual™ Lily Of Valley Fragrance Oil — From $5.00

Gotu Kola Herb — From $8.67

Red Sage Root — From $7.25

Brahmi Leaf — From $8.50

GOVERNMENT EXHIBIT
3.1
21-cr-10084-RGS

GoogleSW_00035754 Extracted Text



GOVERNMENT EXHIBIT 4 21-cr-10084-RGS



/
Aug 1, 2015
Jul 23, 2015
· Search

10:14 PM ·

Searched for tomato poison
Details • Search

9:14 PM ·

Visited http:/ whats-the-most-lethal-poison/
Details • Sear

9:14 PM ·

Visited http:// The-five-deadlypoisons-that-can-be-cooked-up-in-a-kitchen.html

/
Jul 2, 2015

9:14 PM ·

Searched for tasteless poison household item

[redacted]

Searched for rat poison

[redacted]

2:17 PM ·

Visited http:/[redacted]Do-Apple-Seeds-Contain-Poison.htm

[redacted]



https://seedrack.com/indiv/ricinus_communis.html Go
61 captures
17 Jan 2012 - 2 Oct 2019
APR MAY OCT
07
2014 2015 2016
About this capture

WHATCOM SEED COMPANY
seedrack.com

Search seedrack.com

Match ALL words Search

*Rare — Exotic — Unusual — Beautiful*

GOVERNMENT EXHIBIT
5
21-cr-10084-RGS

Selections from main catalog

To order, specify the quantities desired and click any "Add to Cart" icon.
*Don't worry, you can always remove items from your cart if you change your mind.*

A | B-Co | Cr-D | E-G | H-K | L-M | N-Pa | Pe-Q | R-S | T-Z
*( Click to navigate seed catalog pages )*

**Seeds include sowing instructions**

# Castor Bean (Ricinus)

- Castor Oil Plant -
seeds in stock

Ricinus seeds are beautiful but poisonous and should be kept away from children and pets.

***Ricinus communis***
**Red Castor Bean**

Qty $ 2.96 /packet
**8 seeds**

An imposing plant that adds an exotic flair to any landscape. Usually grown as an annual, the Castor Bean plant may reach 8 feet in height or more by the end of the summer. In zones 9-10, it may be grown as a perennial, where it can grow to the size of a small tree (15+ feet). Easy to cultivate, prefers deep, rich soil and plenty of sun, sheltered from strong winds. Seeds and plant are HIGHLY POISONOUS if ingested and should not be planted within reach of children and pets.

Zone 8b+ or Annual (all zones)

*Caution: All parts of this plant are poisonous, especially the seeds!*

*No export to Australia*

ADD to Cart

View Cart Checkout

A | B-Co | Cr-D | E-G | H-K | L-M | N-Pa | Pe-Q | R-S | T-Z
*( Click to navigate seed catalog pages )*

http://seedrack.com/ Go MAR APR AUG 29 2014 2015 2016
773 captures
28 Apr 2001 - 25 Jan 2021
About this capture

Home | Featured | What's New | Catalog | Bonsai | Info | Contact

# WHATCOM SEED COMPANY

Rare - Exotic - Unusual - Beautiful

Oregon USA --- April 29, 2015

**U.S.A. State Zone Maps**
**Find your growing zone here**

Select State Go
(Use browser's back button to return)

**Zone Maps for Canada**
AAFC plant hardiness maps

**Zone Map for Europe**
USDA equivalent map

**Zone Map for Australia**
USDA equivalent map

**Search seedrack.com**

Match ALL words Search

**Seeds Catalog**
-- Browse, Shop for Seeds --

**New Seed Arrivals**
-- Recent additions now in stock --

**BONSAI Tree Seeds**
-- Seeds for starting Bonsai --

**Palms & Cycads**
-- Selected from Main Catalog --

**Hot Peppers**
-- Seeds for Chili aficionados --

**Science Garden**
-- Educational Fun Pak --

**Ordering Information**

We Ship Seeds Worldwide

GMO
we do not buy or sell genetically engineered seeds

PayPal
Paypal Verified

Secure Server
MasterCard
Accepted

PRIVACY 100% GUARANTEED

## Main Seed Catalog Pages

A | B Co | Cr-D | E-G | H-K | L-M | N-Pa | Pe-Q | R-S | T-Z

*( Click to navigate seed catalog pages )*

FREE SHIPPING
Bonsai Trees Make Great Gifts
Click Here

COMODO AUTHENTIC SITE SECURED BY SSL

COMODO HACKER PROOF CERTIFIED TESTED DAILY

--- Announcements ---

No Credit Card? No Problem!

Simply select "Mailing Payment" as your payment method during checkout. Your order will be shipped as soon as we receive your check or money order.

**Need Gift Certificates?**
**Order here**

© 2000 - 2015 Whatcom Seed Co ——— webmaster@seedrack.com ——— Updated June 8, 2014

Whatcom Seed Company is a leading online supplier of rare and unusual seeds for home gardeners and retail growers worldwide.
The company is located in Eugene, Oregon, USA.
Website copyright © 2015

W3C
HTML
4.01

GOVERNMENT EXHIBIT
6
21-cr-10084-RGS



Agricultural Research Service

United States Department of Agriculture

Mapping by PRISM Climate Group - Oregon State University

*Stay Connected*     

Home | View Maps | About | Map & Data Downloads | Interactive Map | Help

**Find Your Plant Hardiness Zone**

Enter ZIP Code: 02138 Find

**Zone 6b : -5 to 0 (F)**

**View Your State Map**

For a static map of your state, click on the map below or Select a State

## USDA Plant Hardiness Zone Map

The 2012 USDA Plant Hardiness Zone Map is the standard by which gardeners and growers can determine which plants are most likely to thrive at a location. The map is based on the average annual minimum winter temperature, divided into 10-degree F zones.

For the first time, the map is available as an interactive GIS-based map, for which a broadband Internet connection is recommended, and as static images for those with slower Internet access. Users may also simply type in a ZIP Code and find the hardiness zone for that area.

No posters of the USDA Plant Hardiness Zone Map have been printed. But state, regional, and national images of the map can be downloaded and printed in a variety of sizes and resolutions.

USDA.gov | Site Map | Policies & Links | Our Performance | Report Fraud on USDA Contracts | Visit OIG | Plain Writing | Open FOIA | Accessibility Statement | Privacy Policy | Non-Discrimination Statement | Information Quality | USA.gov | Whitehouse.gov

GOVERNMENT EXHIBIT
7
21-cr-10084-RGS